IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTER-NATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS' LOCAL UNION NO. 965, <br><br>    Plaintiffs, <br><br>vs. <br><br>J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. ) ) ) ) ) ) |

## COMPLAINT

NOW COME Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS' LOCAL UNION NO. 965, by its attorneys, Cavanagh & O'Hara, complaining of the Defendant, J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., and allege as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974, as amended, U.S.C. Title 29, Section 1145.

2. The Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965

1

APPRENTICE TRAINING AND RETRAINING FUND and TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS are Trustees for employee benefit plans administered pursuant to the terms and provisions of the Agreements and Declarations of Trust creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and the Employee Retirement Income Security Act of 1974 (as amended), 29 U.S.C. §§1001 *et seq.* The address and place of business of the Plaintiffs is Operating Engineers Local 965 Health Benefit Plan, c/o OBA Midwest, 1000 Burr Ridge Parkway, Suite 200, Burr Ridge, Illinois, 60527. Plaintiff Operating Engineers Local 965 Health Benefit Plan is the collection agent for the remaining named Plaintiffs.

3. That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. Sections 1002 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by, Plaintiffs' local union, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to agreements by and between Plaintiffs and Defendant.

4. The Defendant's address is 7549 Desch Road, Post Office Box 992, Riverton, Illinois 62561.

5. The Defendant entered into a collective bargaining agreement and Participation Agreements which obligate it to make fringe benefit contributions to the aforementioned Funds. The Standard Form Area Agreement and Participation Agreements are attached hereto and incorporated herein as **Exhibit A**.

6. Pursuant to the Employee Retirement Income Security Act of 1974 (U.S.C. Title

29, Section 1145), the Defendant is required to make contributions to the Funds in accordance with the terms and conditions of the Funds' Agreements and Declarations of Trust. The Agreements and Declarations of Trust, in pertinent part, are attached hereto and incorporated herein as **Exhibits B**, **C** and **D**.

7. That Plaintiffs have made demand upon Defendant to submit contribution reporting forms for the year 2004 and for additional months which are unpaid from the date of this filing to the date Judgment is entered, but Defendant has failed to satisfy said demand. The demand letters attached hereto and incorporated herein as Plaintiffs' **Exhibit E**.

8. That pursuant to the Agreements and Declarations of Trust, the Defendant is liable for liquidated damages at the rate of ten percent (15%) of the amount of the contributions due, plus interest at the rate of nine percent (9%) calculated until such contributions are paid by the Defendant.

9. That pursuant to the Agreements and Declarations of Trust and ERISA, 29 U.S.C. § 1132(g)(2), the Defendant is liable for reasonable attorney fees and court costs and all other reasonable expenses incurred by the Funds in collection of delinquent contributions.

10. Attached hereto and incorporated herein as **Exhibit F** is the Affidavit of James P. Moody in support of his request for attorney fees in the amount of $1,095.50 incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A. That Defendant be ordered to submit all contribution reporting forms to Plaintiffs for the year 2004 and 2005 and for any additional months which are unpaid from the date of this filing to the date Judgment is entered;

B. That Judgment be entered in favor of Plaintiffs and against the Defendant for the

sum of the contributions, liquidated damages and interest owed pursuant to the contribution reporting forms.

  C. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to, or in lieu thereof, a statement covering the period for which said report is required that Defendant had no employees for whom contributions are required to be made;

  D. That Defendant be decreed to pay to the Plaintiffs reasonable attorney fees and costs in the amount of $1,095.50 as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the Agreements and Declarations of Trust;

  E. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

            TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS' LOCAL UNION NO. 965, Plaintiffs,

           By: s/ James P. Moody
              James P. Moody
              Attorney for Plaintiff
              **CAVANAGH & O'HARA**
              407 East Adams Street
              Post Office Box 5043
              Springfield, IL 62705
              Telephone: (217) 544-1771
              Facsimile: (217) 544-5236
              E-mail: jim@cavanagh-ohara.com

F:\files\OE965\JM Excavating\C-DelCont.wpd