INTERNATIONAL UNION OF OPERATING ENGINEERS
Local Union #965
AFL-CIO

## STANDARD FORM AREA AGREEMENT

covering

All public or private construction, demolition, alteration, repair, maintenance, excavation, production and other work performed by the Employers who are parties to this Agreement.

including

Open, heavy, highway, bridge, street, sewer, levee, drainage, dredging; water, gas and oil lines; railroads, airports, docks, wharves, piers, shipyards, sea walls, river work, tunnels, subways, dams, reservoirs; temporary sand and gravel pits, rock quarries and material yards; land clearing and development, drilling operations; all underground cables.

Effective: May 1, 2004          Expires: April 30, 2008

3520 East Cook Street
Springfield, Illinois 62708-3025
Telephone (217) 528-9659
FAX (217) 528=9060

EXHIBIT
A

in a certified rehabilitation program after the first positive test shall result in termination of employment.

Section 9. Termination under this provision, including the circumstances surrounding the conduct of the drug or alcohol test, shall be fully subject to the arbitration provision of this Agreement.

## ARTICLE 26
## PAYROLL DATA

It is agreed that the Employer shall make available for examination and inspection by the Business Manager or Business Representative of the Union any pertinent payroll information requested by the said Business Manager or Business Representative on any employee covered by this Agreement after any complaint made in writing to the Union.

The Employer agrees to certify in writing as correct the material made available to the Business Manager or Business Representative for inspection. No complaint shall be valid unless it is made within thirty (30) days after the alleged violation.

## ARTICLE 27
## PRE-JOB CONFERENCE

Every Employer who is or becomes party to this Agreement shall notify the Business Representative of the Union prior to the performance of any work properly coming under the jurisdiction of the Union; and the Employer shall inform the Business Representative of the nature and classifications of Operating Engineers estimated to be required on said project. The Employer shall meet with the Business Representative of the Union at a date, time, and place mutually agreeable for the purpose of holding a pre-job conference. Any questions concerning the application of this Agreement shall be resolved at such pre-job

36

conference and the Employer shall make arrangements for the referral of engineers to the project in accordance with the contractual referral provisions.

## ARTICLE 28
## PENSION PLAN

Section 1. During the period May 1, 2001, through April 30, 2004, the Employer shall pay monthly into the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement. It shall not be a violation of this Agreement to take economic action available to enforce this Article.

Section 2. The Employer's obligation to make Pension contributions shall be expressly conditioned upon the Plan's continued qualification by IRS and conformance with ERISA. If discontinuation should happen, the negotiated fringe benefit for this Article shall revert to wages.

## ARTICLE 29
## HEALTH AND WELFARE PLAN

Section 1. During the period May 1, 2001, through April 30, 2004, the Employer shall pay monthly into the Operating Engineers Local 965 Health Benefit Plan the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules

37

and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

Section 2. If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment. It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

## ARTICLE 30
## APPRENTICE TRAINING AND RETRAINING

Section 1. The parties hereto have accepted and do accept the terms and conditions of the Agreement and Declaration of Trust establishing the Operating Engineers 965 Apprentice Training and Retraining Fund.

Section 2. During the period May 1, 2001, through April 30, 2004, the Employer shall pay monthly into the Operating Engineers Local 965 Apprentice Training and Retraining Fund, the amount specified in Article 8, Section 2, for each hour paid or worked in the preceding month by all employees covered by this Agreement. Said payment shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the Committee. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

Section 3. All parties governed by this Agreement will train Apprentices in accordance with and comply with the provisions of the Apprenticeship and Skill Improvement Standards adopted by the Joint Operating Engineers Apprenticeship and Skill Improvement Committee for Central Illinois. The ratio of apprentices to journeymen shall not exceed 1-4, unless otherwise determined by the Committee to meet special conditions.

38

Section 4. Apprentices shall be paid the following percentages of wage rate (plus fringe benefits set out in the wage scale Article) for Classification #1 provided in the Collective Bargaining Agreement in effect between the Employer and Local 965 of the International Union of Operating Engineers:

| | |
|---|---|
| First period | 70% |
| Second period | 75% |
| Third period | 80% |
| Fourth period | 85% |
| Fifth period | 90% |
| Sixth period | 95% |

## ARTICLE 31
## SUPPLEMENTAL DUES CHECKOFF

Upon receipt of an employee's written authorization, which shall be irrevocable for not more than one (1) year, or the termination of the Agreement, whichever occurs sooner, the Employer shall deduct from such employee's wages Union dues in the amount as specified in Article 8, Section 2. The Employer shall remit same to and as directed by the duly authorized representative of said Union together with a list of the names of employees from whose pay deductions were made. Such a written authorization may be revoked by the employee by written notice by Certified Mail to the Employer and the Union during the ten (10) day period prior to the end of any applicable yearly period, or during the ten (10) day period prior to the termination of any applicable bargaining agreement, whichever occurs sooner. In the absence of such revocation, sent and received in accordance with the foregoing requirements, the authorization shall be renewed for an additional yearly period or until the end of the collective bargaining agreement, whichever occurs sooner.

39

Section 3. The adjustments agreed to shall be reduced to writing and signed by both parties.

## ARTICLE 36
## COMPLETENESS OF AGREEMENT

Section 1. All understandings, agreements, and undertakings of the parties hereto touching on the subject matter hereof are embodied herein, and none of the parties shall be affected, during the existence of this Agreement, by any rules, regulations, or understandings touching on the subject matter of this Agreement, whether oral or written, which are not expressly incorporated herein.

Section 2. Any part of this Agreement found to be in conflict with any State or Federal Law, by a recognized and competent Court or Board, shall be immediately renegotiated by the interested parties hereto, in accordance to the finding of such Court or Board.

## ARTICLE 37
## PERIOD OF AGREEMENT

This Agreement shall be in full force and effect from May 1, 2001, through April 30, 2004, and shall remain in effect from year to year thereafter, unless objections are made by Certified Mail by one or more of the interested parties at least sixty (60) days prior to the expiration date as set forth above or the yearly expiration date thereafter.

42

## ADDENDUM TO ARTICLE 3-A
## REFERRAL QUALIFICATION CERTIFICATION

WHEREAS, it is in the best interest of the Employer, the Union and the owner/customer, to ensure a qualified competent and trained Operating Engineer workforce, and

WHEREAS, the Employers and the Union recognize the need to assure skilled crane operators for the future of the industry, and

WHEREAS, it has become apparent that crane operators' skill level must be verified, as of May 1, 2002, all Class 4 crane operators must become NCCO certified.

THEREFORE, IT IS HEREBY AGREED that a crane trainee list will be developed. In order to qualify for this list an operator must successfully complete a 40-hour CCO Preparation Class, pass a test, and must successfully complete an 8-hour crane maintenance class. These crane trainees shall receive first preference for all oiler positions in accordance with their position on the referral list.

(A) Effective May 1, 2002, the Union shall operate a referral system in compliance with the National Labor Relations Act and applicable law. Registration and referral of the applicants shall be by group and each applicant shall be registered in the highest group for which he is qualified. Referral of prospective employees shall be first from Group A, then Group B, Group C, Group D and Group E. Registrants shall retain their existing classification or be grouped according to the Union's referral rules as follows:

Group A: All applicants who have at least twenty-five (25) years of employment under a Local 965 collective bargaining construction agreement.

43

SIGNED this 24 day of June, 2004.

at Springfield, IL
   (City)     (State)

JM Executive, Inc.
(Name of Company)

Po Box 893
(Street Address)

Riverton, IL
(City/State/Zip)

Phone: (217) (498-5449)
       (Area Code)  (Number)

FAX: (217) (629-7863)
     (Area Code)  (Number)

FOR THE COMPANY:

X_____  President
                              (Title)

FOR IUOE LOCAL 965:

_____ Business Manager

_____ President

_____ Recording Secretary

50



51

-NOTES-

Bogey Hill subdivision
project only.

## PARTICIPATION AGREEMENT

1. This Participation Agreement is entered into between __JM Excavating__ (Employer) and the Operating Engineers Local 965 Health Benefit Plan (referred to as the Fund). The Employer hereby agrees that this document represents the detailed written Agreement required by the Labor Management Relations Act (29 U.S.C. Section 186(c) to permit the Fund to receive contributions from the Employer on behalf of the Employees employed by the Employer within the jurisdiction of the Fund.

2. The Employer hereby agrees to be bound by and to the Agreement and Declaration of Trust establishing and amending the Operating Engineers Local 965 Health Benefit Plan, as heretofore and hereafter amended (the Trust Agreement).

3. The Employer agrees to make contributions to the Fund on behalf of all Employees, for all jobs and for all job classifications, all as defined in the Trust Agreement or applicable Collective Bargaining Agreement.

4. The Employer hereby agrees that the contributions rates may vary from time to time pursuant to the Trust Agreement of applicable Collective Bargaining Agreement.

5. The Employer agrees to make the required contributions monthly and in such manner as required by the Trustees of the Fund.

6. The Trustees shall have the authority to audit all payroll and other relevant records of the Employer upon reasonable notice for the purpose of determining the accuracy of the Employer's contributions to the Fund.

7. For the purpose of this Agreement, each hour worked for which the Employee receives pay, and other hours for which pay is received by the Employee in accordance with this and/or any applicable Agreement, shall be counted as hours for which contributions are payable. All required payments shall be made payable to the "Operating Engineers Local 965 Health Benefit Plan."

8. If an Employer fails to pay contributions as required, the Fund shall have the right to take whatever steps are necessary to secure compliance with this Agreement and the Trust Agreement, and the Employer shall be liable for all reasonable costs of collection of such payments due together with reasonable attorneys' fees and such other reasonable costs and charges as may be assessed by the Trustees of the Fund pursuant to the Trust Agreement, including the cost of any and all audits.

9. The Employer agrees that all remittances not received by the 15th day of the month next following the month for which the contributions are due are subject to assessment of Liquidated Damages in the amount of 10% of the contributions or $100.00 minimum per remittance, plus interest at a rate of 2% over the prime rate as posted in the Wall Street Journal in January of each year, to defray the increased administrative costs resulting from late payments, all pursuant to the Trust Agreement.

10. The Employer hereby irrevocably designates as its representative on the Board of Trustees of the Fund such Trustees are now serving, or their successors who will serve in the future, as Employer Trustees together with their successors. The Employer further agrees to be bound by all actions taken by those Trustees pursuant to the Trust Agreement as heretofore and/or hereafter amended.

11. The Health Benefit Plan adopted by the Trustees of the Fund and Plan shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions as a deduction for income tax purposes.

NO ALTERATION OF ADDITIONS TO THIS PARTICIPATION AGREEMENT SHALL BE EFFECTIVE UNLESS APPROVED IN WRITING BY THE TRUSTEES OF THE FUND.

EMPLOYER

X __JM Excavating Inc.__
Name of Business

__5128 Mitchel Rd__
Address

__Riverton IL  62561__
City/State/Zip Code

__(217) 627-5449__
Telephone

__Jay McCullough__
Authorized Signature                Title

OPERATING ENGINEERS LOCAL 965
HEALTH BENEFIT PLAN

__Michael D. Joh___
Authorized Signature

__Chairman__
Title

__7.7.04__
Date

# LETTER OF UNDERSTANDING

JUL 06 2004

I, the undersigned, having waived my personal Pension and/or Health & Welfare benefits, understand that I am contractually obligated to pay the Supplemental Dues and Training contributions listed in the Collective Bargaining Agreement between my firm and IUOE Local 965.

I further understand and agree to pay the above-mentioned contributions by the 15th day of the month following the work month for which said contributions are due.

I further agree to abide by any changes to the contribution rates made during the term of the current Collective Bargaining Agreement with IUOE Local 965.

I hereby certify that I have read and understand the above conditions.

X _____/s/ Jay McCullough_____     _____Jay McCullough_____
            (Signature)                           (Printed Name)

Title:    President
Company:  JM Excavating Inc.
Witness:  _____
Date:     _____

MDZ Fringe LOU

International Union of Operating Engineers and Participating Employers
4115 Chesapeake Street, N.W., Washington, D.C. 20016-4665

| FUND OFFICE USE |
|---|
| Fund Number .......... |
| Account Number .......... |
| Contract Code .......... |

## PARTICIPATING AGREEMENT

CENTRAL PENSION FUND

(See Instructions on back)

(1) Business Name & Address (Address to which Reporting Forms should be sent)

X  JM Excavating
   P.O. Box 992
   Riverton, IL 62561

(City) (State) (Zip Code)

**EMPLOYER RECORD DATA**
(To Be Completed by Employer)

X (2) Employer Fed. I.D. Number ..........
X (3) Serial No. Assigned to CPF ..........
Approximate Number of Employees to Be Covered ..........
Bus. Phone: Area Code( ..........)
No. ..........
Business is (check one):
☐ Joint Venture    ☒ Corporation
☐ Partnership      ☐ Proprietorship
X (4) Standard Industrial Classification ..........

The undersigned EMPLOYER and UNION are aware of the AGREEMENT AND DECLARATION OF TRUST establishing the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, as currently written (hereinafter referred to as AGREEMENT). The EMPLOYER agrees to contribute to the Fund established by such AGREEMENT on the basis specified below, and that such contributions shall be made on behalf of all employees of the EMPLOYER represented by the International Union of Operating Engineers and its Local Unions. The EMPLOYER further agrees to be bound by and to comply with each and every provision of the AGREEMENT, and as it may be amended. The parties further consent to the appointment of the Trustees, currently administering the Fund as such, as their duly appointed successors and specifically ratify all actions previously taken in connection with the creation and administration of the AGREEMENT.

The EMPLOYER further agrees to remain bound to the AGREEMENT, and as it may be amended, during the term of the collective bargaining agreement referred to above, and all subsequent collective bargaining agreements between the EMPLOYER and the UNION, so long as such agreements contain an obligation to contribute to the Central Pension Fund. The EMPLOYER further agrees to continue contributions to this Fund during any period in which it is engaged in negotiations with the UNION, on the basis specified in its most recently expired agreement with the Union, until such time as a new agreement is reached or the EMPLOYER no longer has a duty to bargain with the UNION.

The undersigned further specifically agree that in the event it is determined that the EMPLOYER is delinquent in its obligations to contribute to the Fund, the Fund will be entitled to all relief available under 29 U.S.C. §1132(g)(2) and Article IV of the AGREEMENT.

**BASIS OF PARTICIPATION** (To Be Completed by Local Union)

(5) Bargaining Agreement Effective .... May 1, 2004 ......., 19.....  Local No. 965
(Date)
(6) Pension Contributions to Commence Effective .... Immediatley ........, 19.....  Rate Per Hour 5.50
(7) Pension Contribution Payment Basis: Hours Worked or Paid For
(8) Pension Rate Changes During Bargaining Agreement: Date .../.../...  Rate 5.50
    Date ........  Rate ........  Date ........  Rate ........
(9) Bargaining Agreement Expiration and/or Renewal Date: ........
(10) Jurisdiction Covered by This Agreement: Fifteen Counties as Listed in Agreement
(11) Type of Contract: Building Memorandum of Agreement
(12) Renewal Participation Agreement ☐*      New Participation Agreement ☐
     *If Renewal or Continuation, indicate Account Number .......... and Fund Number ..........

Dated at .......... this .......... day of .......... 19......

X Employer Signatory:

_Jay McCullogh_ President
(Signature) (Title)
Jay McCullogh
(Printed or Typed)
JM Excavating, Inc
(Name of Organization)

Local Union Signatory:

_Michael D. Zahn_  Bus. Mgr.
(Signature) (Title)
Michael D. Zahn
(Printed or Typed)

---

(FUND OFFICE USE)

Accepted on .......... by .......... .........., Administrator
For Trustees of Central Pension Fund

Fund Copy: White; Union Copy: Pink; Employer Copy: Yellow