# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

Daniel M. McLaughlin*
John T. Long
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

March 18, 2005

**_Via Certified Mail_**
Mr. Jay McCullough
J M Excavating
Post Office Box 992
Riverton, IL 62561

Re: J M Excavating

Dear Employer:

Please be advised that this office serves as counsel to the Operating Engineers Local 965 Health Benefit Plan. Please forward to this office by **Monday, March 28, 2005** all contribution reporting forms for the Boogie Hill project, as well as any other projects performed by your company during 2004. Your failure to submit the requested documents to this office will leave us no alternative but to file a Complaint in the United States District Court. If such action is necessary, we will seek attorney fees from you.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

James P. Moody/pr

James P. Moody

Enclosure
cc: Operating Engineers Local 965 Health Benefit Plan/Mike Zahn
    J M Excavating, via regular mail
F:\files\OE965\JM Excavating\L-oe965.dmd.wpd



# International Union of Operating Engineers

**LOCAL UNION NO. 965**

3520 EAST COOK ST. ★ SPRINGFIELD, ILLINOIS 62703

AFFILIATED WITH THE AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS

OFFICE TELEPHONE 217/528-9659   FAX 217/528-9060

March 7, 2005

Mr. Jay McCullough
J M Excavating
P. O. Box 992
Riverton, IL 62561

Dear Sir:

Our records indicate that several operators were dispatched to your firm for the Boogie Hill project. To date, this office has not received any benefits from your firm on their behalf. Please be advised that if these funds are not remitted to this office by March 18, 2005, this matter will be turned over to the Local's legal counsel for collection.

If you have any questions, please do not hesitate to call. Thank you.

Sincerely,

Michael D. Zahn
Business Manager

MDZ/jzb