IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS' LOCAL UNION NO. 965, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No.<br>) |
| J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., | )<br>)<br>) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this firm in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 03/15/05 | Received and reviewed facsimile transmission from Michael D. Zahn at I.U.O.E. Local 965 regarding benefits owing; draft letter to employer via certified mail and regular mail demanding contribution reporting forms; addition to Delinquency Status Report. | .80 |
| 03/18/05 | Preparation and finalization of letter to employer; update Delinquency Status Report. | .20 |
| 04/05/05 | Research Illinois Secretary of State website for corporate information; draft of Complaint for delinquent contributions; assemble exhibits; draft Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons. | 2.00 |



EXHIBIT E

| | | |
|---|---|---:|
| 04/05/05 | Telephone conference with Sangamon County Sheriff's Department for service fee of Summons and Complaint; letter to Sheriff for service of same. | .70 |
| 05/09/05 | Finalization of Complaint for delinquent contributions, preparation of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons and Affidavit in Support of Attorney's Fees via transmittal for filing with United States District Court. | 1.00 |
| | TOTAL HOURS 4.7 x $175.00 PER HOUR | $822.50 |
| 05/09/05 | U.S. District Court – filing fee | $250.00 |
| 05/09/05 | Sangamon County Sheriff's Office – service fee | $23.00 |
| | **TOTAL COSTS AND FEES** | **$1,095.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody
James P. Moody
Attorney for Plaintiff
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
E-mail: jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 9th day of May, 2005.

_____
Notary Public

OFFICIAL SEAL
COURTNEY J. VALENTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008

F:\files\OE965\JM Excavating\A-DelCont.wpd