IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS' LOCAL UNION NO. 965,<br><br>                    Plaintiffs,<br><br>vs.<br><br>J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, furnished the following in compliance with Standing Order CDIL of this Court.

(a)  Trustees of Operating Engineers Local 965 Health Benefit Plan, Trustees of Operating Engineers Local 965 Apprentice Training and Retraining Fund, Trustees of Central Pension Fund of the International Union of Operating Engineers and International Union of Operating Engineers' Local Union No. 965.

(b)  Not applicable.

(c)  CAVANAGH & O'HARA
     William K. Cavanagh
     Michael O'Hara
     Patrick J. O'Hara
     James P. Moody
     John T. Long

DATED this  9th  day of  May , 2005.

            s/ James P. Moody  
JAMES P. MOODY  
**CAVANAGH & O'HARA**  
Attorneys for Plaintiffs  
407 East Adams Street  
Post Office Box 5043  
Springfield, IL 62705  
Telephone: (217) 544-1771  
Fax: (217) 544-9894  
jim@cavanagh-ohara.com

F:\files\OE965\JM Excavating\CI.wpd