E-FILED
Monday, 16 May, 2005 02:19:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

TRUSTEES OF OPERATING ENGINEERS
LOCAL 965 HEALTH BENEFIT PLAN, et al.,
Plaintiffs,

v.

J.M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER,
Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3114

TO: (Name and address of defendant)

Jay E. McCullough President -- PERSONAL SERVICE ONLY
5128 Mitchell Road
Riverton, IL 62561

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

May 16, 2005
DATE

s/M. Stewart
(BY) DEPUTY CLERK