IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-3114 ) |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) |
| Defendant. | ) ) |

### REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on May 16, 2005.

2. That on June 13, 2005, Jay E. McCullough, President of Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, was duly served by the Sangamon County, Illinois, Sheriff's Department with said Complaint and Summons. A copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A.**

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Attached hereto and incorporated herein is the Affidavit of James P. Moody in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, pray that this Court enter Default Judgment against Defendant,

J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, and in favor of Plaintiffs.

                                            TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, Plaintiffs,

                                            By:   s/ James P. Moody
                                                     JAMES P. MOODY
                                                     **CAVANAGH & O'HARA**
                                                     407 East Adams
                                                   P. O. Box 5043
                                                   Springfield, IL 62705
                                                   Telephone: (217) 544-1771
                                                   Facsimile: (217) 544-5236
                                                   jim@cavanagh-ohara.com

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 14th day of July, 2005:

                Mr. Jay E. McCullough, President
                      J.M. Excavating Inc.
                      5128 Mitchell Road
                      Riverton, IL 62561

and that the original was filed with the Clerk of the Court in which said cause is pending.

                                            By:   s/ James P. Moody
                                                   JAMES P. MOODY
                                                   **CAVANAGH & O'HARA**
                                                   407 East Adams
                                                   P. O. Box 5043
                                                   Springfield, IL 62705
                                                   Telephone: (217) 544-1771
                                                   Facsimile: (217) 544-5236
                                                   jim@cavanagh-ohara.com