# United States District Court

CENTRAL DISTRICT OF ILLINOIS

TRUSTEES OF OPERATING ENGINEERS
LOCAL 965 HEALTH BENEFIT PLAN, et al.,
                Plaintiffs,

v.

J.M. EXCAVATING, INC., a/k/a J. M. EXCAVATING
SEPTIC & SEWER,
                Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-3114

RECEIVED
MAY 19 2005
SHERIFF'S OFFICE
RECORD SECTION

TO: (Name and address of defendant)

Jay E. McCullough President -- PERSONAL SERVICE ONLY
5128 Mitchell Road
Riverton, IL 62561

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                             DATE May 16, 2005

(BY) DEPUTY CLERK

EXHIBIT A

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 6/13/05 @ 0740 |
| NAME OF SERVER (PRINT) Cole Powell | TITLE CPO |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Riverton Athletic Club

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/05 @ 740
          Date

Signature of Server

SCPO
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.