**E-FILED**
Thursday, 14 July, 2005  11:29:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.  05-3114 |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on June 13, 2005, Jay E. McCullough, President of Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, was duly served by the Sangamon County, Illinois, Sheriff's Department with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, is for contribution reporting forms and applicable contributions for the year 2004 and for additional months which are unpaid from the date of this filing to the date Judgment is entered; and further, Plaintiffs claim attorney fees to date

in the amount of $1,533.00, as shown by an Amended Affidavit of Attorney Fees, attached hereto

and incorporated herein as **Exhibit B**. That this Affidavit is made for the purpose of requesting that

Default Judgment be entered against the Defendant,

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

Subscribed and sworn to before me this 14th day of July, 2005.

NOTARY PUBLIC

OFFICIAL SEAL
COURTNEY J. VALENTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008