E-FILED
Monday, 01 August, 2005  01:28:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 05-3114 |
| J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) ) | |
| Defendant. | ) | |

ORDER OF DEFAULT

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default and the Court being fully advised in the premises finds that Defendant, J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, J. M. EXCAVATING, INC.,

1

a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a default judgment.

ENTERED this 1st day of August, 2005.

                                          s/Charles H. Evans
                                      United States Magistrate Judge