E-FILED
Monday, 15 August, 2005  11:37:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-3114 ) |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) |
| Defendant. | ) |

## MOTION FOR DEFAULT JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR AN ACCOUNTING/EVIDENTIARY HEARING

NOW COMES Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment or an Accounting/Evidentiary Hearing against the Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., and in support thereof, state:

1.  That the Complaint in this matter was filed on May 16, 2005.

2.  That on June 13, 2005, Jay E. McCullough, President of Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, was duly served by the Sangamon County, Illinois, Sheriff's Department with said Complaint and Summons.

3.  That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4.  That this Honorable Court entered an Order of Default on August 1, 2005.

5.  That Plaintiffs are entitled to attorney fees incurred in this matter. Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney Fees of

James P. Moody.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, as follows:

A. That the Defendant be ordered to remit to Plaintiffs contribution reporting forms for the years 2004 and 2005 and for additional months which are unpaid from the date of this filing to the date Judgment is entered or, in the alternative, Defendant be required to appear before this Honorable Court and provide Plaintiffs with the 2004 and 2005 contribution reporting forms so that a sum certain may be established;

B. That Judgment be entered in favor of the Plaintiffs and against the Defendant for delinquent contributions for the years 2004 and 2005 and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

C. That Judgment be entered in favor of the Plaintiffs and against the Defendant for penalties and interest incurred as a result of continuous late reporting of contributions for the year 2004 and 2005 and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

D. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to;

E. That Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $1,724.50, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

F. That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

G. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

                TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, Plaintiffs,

By:    s/ James P. Moody
       JAMES P. MOODY
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL 62705
       Telephone: (217) 544-1771
       Facsimile: (217) 544-5236
       jim@cavanagh-ohara.com

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 15th day of August, 2005:

    Mr. Jay E. McCullough, President
    J.M. Excavating Inc.
    5128 Mitchell Road
    Riverton, IL 62561

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody
       JAMES P. MOODY
       **CAVANAGH & O'HARA**
       407 East Adams
       P. O. Box 5043
       Springfield, IL 62705
       Telephone: (217) 544-1771
       Facsimile: (217) 544-5236
       jim@cavanagh-ohara.com