E-FILED
Monday, 15 August, 2005   11:38:11 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> J. M. EXCAVATING, INC., a/k/a J. M. EXCAVATING SEPTIC & SEWER, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 05-3114 <br> ) <br> ) <br> ) <br> ) <br> ) |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this firm in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 03/15/05 | Received and reviewed facsimile transmission from Michael D. Zahn at I.U.O.E. Local 965 regarding benefits owing; draft letter to employer via certified mail and regular mail demanding contribution reporting forms; addition to Delinquency Status Report. | .80 |
| 03/18/05 | Preparation and finalization of letter to employer; update Delinquency Status Report. | .20 |
| 04/05/05 | Research Illinois Secretary of State website for corporate information; draft of Complaint for delinquent contributions; assemble exhibits; draft Affidavit in Support of Attorney's Fees, Certificate of Interest, Civil Cover Sheet and Summons. | 2.00 |
| 04/05/05 | Telephone conference with Sangamon County Sheriff's Department for service fee of Summons and Complaint; letter to Sheriff for service of same. | .70 |
| 05/09/05 | Finalization of Complaint for delinquent contributions, preparation of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons and Affidavit in Support of Attorney's Fees via transmittal for filing with United States District Court. | 1.00 |


EXHIBIT A

| | | |
|---|---|---|
| 05/16/05 | Received and reviewed file-stamped Complaint, Exhibits, Civil Cover Sheet and Certificate of Interest. | .20 |
| 06/14/05 | Received and reviewed Executed Summons from Sangamon County Sheriff's Department. | .10 |
| 06/14/05 | Electronic filing of Return Service Executed; updated Delinquency Status Report. | .50 |
| 06/14/05 | Received and reviewed file-stamped Return of Service. | .10 |
| 07/12/05 | Received and reviewed Text Order from U.S. District Court regarding filing Status Report; calendared. | .10 |
| 07/13/05 | Review file; preparation of draft Default Judgment pleadings; update Affidavit in Support of Attorney Fees. | 1.00 |
| 07/14/05 | Finalize Request for Entry of Default, Affidavit in Support of Attorney Fees, exhibits and proposed Order; Electronic filing of same with U.S. District Court. | .50 |
| 08/02/05 | Received and reviewed Order of Default. | .10 |
| 08/04/05 | Preparation of draft Motion for Default Judgment, Order and Notice of Filing Pursuant to Standing Order of Plaintiffs' Motion for Default Judgment and Amended Affidavit in Support of Attorney Fees. | .75 |
| 08/15/05 | Review Motion for Default Judgment, Order and Notice of Filing Pursuant to Standing Order of Plaintiffs' Motion for Default Judgment and Amended Affidavit in Support of Attorney Fees. | .40 |
| 08/15/05 | Finalize and electronic filing of Motion for Default Judgment with U. S. District Court. | .50 |
| | TOTAL HOURS 7.6 x $175.00 PER HOUR | $1,330.00 |
| | TOTAL HOURS 1.35 x $90.00 PER HOUR | $121.50 |
| 05/09/05 | U.S. District Court – filing fee | $250.00 |
| 05/09/05 | Sangamon County Sheriff's Office – service fee | $23.00 |
| | **TOTAL COSTS AND FEES** | **$1,724.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                    s/ James P. Moody
                    James P. Moody
                    Attorney for Plaintiff
                    **CAVANAGH & O'HARA**
                    407 East Adams Street
                    Post Office Box 5043
                    Springfield, IL 62705
                    Telephone: (217) 544-1771
                    Facsimile: (217) 544-5236
                    E-mail: jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 15TH day of August, 2005.

_____
Notary Public

OFFICIAL SEAL
**COURTNEY J. VALENTI**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008

F:\files\OE965\JM Excavating\AmdAffDJ.wpd