IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3114 |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER FOR PRODUCTION OF RECORDS

This cause coming to be heard before the Court upon Plaintiffs' Motion for Default Judgment or in the Alternative, an Accounting/Evidentiary Hearing. The Court, being fully advised in the premises, finds that Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court order an accounting of the amount owing from Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, to the Plaintiffs for unpaid contributions for the years 2004 and 2005, through current.

THEREFORE, the Court hereby orders Defendant, J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, to appear and produce contribution reporting forms, any and all payroll books and employee records pertinent to this action for the years 2004 and 2005, through current, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on September 29, 2005, at 1:00 p.m.

The Court reserves ruling on Plaintiffs' Motion for Default Judgment until such an accounting has taken place. Plaintiffs are directed to notify the Court of the actual amount owed for

unpaid contributions when it has been determined.

ENTERED this \_\_\_\_\_ day of _____, 2005.


_____
**Judge**