IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3114 |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

TO:   Mr. Jay E. McCullough, President
      J.M. Excavating Inc.
      5128 Mitchell Road
      Riverton, IL 62561

NOTICE IS HEREBY GIVEN to you that the Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys filed a Motion for Default Judgment against you on the 15TH day of August, 2005.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

DATED this 15TH day of August, 2005.

TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, Plaintiffs,

By:   s/ James P. Moody
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      407 East Adams
      P. O. Box 5043
      Springfield, IL  62705
      Telephone:  (217) 544-1771
      Facsimile:  (217) 544-5236
      jim@cavanagh-ohara.com

F:\files\OE965\JM Excavating\Default Judgment Pleadings.wpd