IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERING LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )  No. 05-3114 ) |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) |
| Defendant. | ) |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiffs' motion for default judgment.

The Plaintiffs' motion asks that the Court order an accounting of the amount owing from Defendant J.M. Excavating, Inc., a/k/a J.M. Excavating Septic & Sewer, to the Plaintiffs for unpaid contributions for the years 2004 and 2005, through the current date.  An Order of Default was entered

1

against the Defendant on August 1, 2005. The Defendant has failed to respond to the Plaintiffs' motion for default judgment.

THEREFORE, the Court hereby orders Defendant J.M. Excavating, Inc., a/k/a J.M. Excavating Septic & Sewer, to appear and produce contribution reporting forms, any and all payroll books and employee records pertinent to this action for the years 2004 and 2005, through the current date, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on October 13, 2005, at 1:00 p.m.

<u>Ergo</u>, the Court reserves ruling on the Plaintiffs' motion for default judgment until such an accounting has taken place. The Plaintiffs are Directed to notify the Court of the actual amount owed for unpaid contributions, in addition to any fees and costs, when the total amount has been determined.

ENTER: September 27, 2005

                FOR THE COURT:

                              s/Richard Mills
                              United States District Court