IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-3114 ) |
| J.M. EXCAVATING, INC., a/k/a J.M. EXCAVATING SEPTIC & SEWER, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COME Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and, pursuant to Fed.R.Civ.P. 41(a)(1)(i), files this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1. On May 16, 2005, Plaintiff filed its Complaint against the Defendant.

2. That Defendant was served with the Summons and Complaint on June 13, 2005 and has not filed an Answer.

3. On October 31, 2005, Plaintiffs received notice that Defendant has filed Chapter 7 bankruptcy.

4. That this matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiff herewith files this Notice of Voluntary Dismissal Without Prejudice.

> TRUSTEES OF THE OPERATING
> ENGINEERS LOCAL 965 HEALTH
> BENEFIT PLAN, *et al.,* Plaintiffs,
>
> By:_____s/ James P. Moody_____
>
> **CAVANAGH & O'HARA**
> 407 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: 217-544-1771
> Facsimile: 217-544-5236
> jim@cavanagh-ohara.com

## PROOF OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on this 2nd day of November, 2005:

        Mr. Jay E. McCullough, President
        J.M. Excavating Inc.
        5128 Mitchell Road
        Riverton, IL 62561

and that the original was filed with the Clerk of the Court in which said cause is pending.

        By:    s/ James P. Moody

        **CAVANAGH & O'HARA**
        407 East Adams
        P. O. Box 5043
        Springfield, IL  62705
        Telephone:  (217) 544-1771
        Facsimile:  (217) 544-5236
        jim@cavanagh-ohara.com